IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

CR 05 78ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| v. | ) | In Violation Of |
| | ) | 18 U.S.C. §§ 922(g)(1) |
| JAMES F. FARRELL | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about March 21, 2005, in the District of Rhode Island, the defendant, JAMES F. FARRELL, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Smith and Wesson, .22 caliber revolver, serial number BNZ2268, in violation of 18 U.S.C. §922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U. S. Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

June 22, 2005

DATE