1040307

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JAMES F. FARRELL

WARRANT FOR ARREST

CASE NUMBER: CR05-78ML

RECEIVED
JUN 2 2 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES F. FARRELL
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(1)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 22, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Rens. Cty Jail, albany, NY by ATF | | |
| DATE RECEIVED 06/22/05 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 01/23/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.