OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

JAMES T. FOLEY COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY, NEW YORK 12207-2924
(518) 257-1808

January 28, 2008

Clerk, U.S. District Court
119 Federal Building and United States Courthouse
One Exchange Terrace
Providence, RI 02903-1720

**RE: USA V. James F. Farrell**
**NDNY Case No. 08-M-18 RFT**
**District of Rhode Island Case No. 05-CR-78 ML**

Dear Sir or Madam:

Enclosed please find certified copies of the following papers regarding the above named defendant:

1. DOCKET SHEET FROM NDNY
2. COMMITMENT TO ANOTHER DISTRICT
2. OTHER RELATED DOCUMENTS

Please acknowledge receipt of same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, NY.

Thank you for your attention in this matter.

Sincerely yours,
LAWRENCE K. BAERMAN, CLERK

By: s/
Tara Burtt
Deputy Clerk

Encs.

ACKNOWLEDGMENT: ______________________________

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.6] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00018-RFT All Defendants
## Internal Use Only

Case title: USA v. Farrell
Other court case number: CR05-78ML District of Rhode Island

Date Filed: 01/23/2008

---

Assigned to: Magistrate Judge Randolph F. Treece

**Defendant**

**James F. Farrell** (1)

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 1/28/08
By: [signature] Deputy Clerk

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2008 | 1 | Rule 5(c)(3) Documents Received as to James F. Farrell. (ban) (Entered: 01/24/2008) |
| 01/23/2008 | | Minute Entry for proceedings held before Judge Randolph F. Treece : AUSA Thomas Spina; FPD Paul Evangelista; Initial Appearance in Rule |

| | | |
|---|---|---|
| | | 5(c)(3) Proceedings as to James F. Farrell held on 1/23/2008; Deft advised of his charges pending in the District of Rhode Island, rights, maximum penalty and given a copy of the Warrant; Deft waives an Identity Hrg and requests detention and any other hearings be held in the District of Rhode Island; Deft signs Waiver; Court signs Commitment to Another District; Deft is remanded to be transported to the Dist/Rhode Island. (FTR/CRD Robin Hinman) (rzh, ) (Entered: 01/24/2008) |
| 01/23/2008 | 2 | WAIVER of Rule 5(c)(3) Hearing by James F. Farrell (tab) (Entered: 01/25/2008) |
| 01/23/2008 | 3 | COMMITMENT TO ANOTHER DISTRICT as to James F. Farrell. Defendant committed to District of Rhode Island. Signed by Judge Randolph F. Treece on 1/23/08. (tab) (Entered: 01/25/2008) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of New York

UNITED STATES OF AMERICA
V.
James F. Farrell

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-05-78 ML | 1:08-M-18 RFT | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 922 (g) (I)

DISTRICT OF OFFENSE Rhode Island

DESCRIPTION OF CHARGES:

Felon in Possession of a Firearm

CURRENT BOND STATUS:

☐ Bail Fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

Interpreter Required? ☒ No ☐ Yes Language:

ND DISTRICT OF NY

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan. 23, 2008
Date

[signature]
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

E C F D O C U M E N T
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
LAWRENCE K. BAERMAN, CLERK
Dated: 1/28/08
By: [signature] Deputy Clerk

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# United States District Court

Northern DISTRICT OF New York

UNITED STATES OF AMERICA

V.

James F. Farrell
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:08-M-18 RFT

CHARGING DISTRICTS CASE NUMBER: CR-05-78 ML

I understand that charges are pending in the ______________ District of Rhode Island

alleging violation of 18 USC 922(g)(1) (Title and Section) and that I have been arrested in this district and

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing Arraignment and Bail Hearings

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

[signature]
*Defendant*

Jan. 23, 2008
*Date*

[signature]
*Defense Counsel*
Paul Evangelista

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 1/28/08
By: [signature] Deputy Clerk