UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-78 ML

JAMES FARRELL :

MOTION TO CONTINUE

NOW comes the defendant, James Farrell, and moves to continue the trial calendar call of this matter, presently scheduled for April of 2008 until August of 2008. The defendant seeks a four (4) month continuance to allow for a complete investigation of the facts of the offense charged in the indictment. This case is more complicated than the typical felon-in-possession case because there was litigation in both New York and Massachusetts that has the potential to impact on this case. The defense also must interview a number of witnesses.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of this request, which will afford the defendant a more complete opportunity to investigate this case, outweigh the interests of both the defendant and the government in a speedy trial.

JAMES FARRELL,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Stephen Dambruch, AUSA on the 7th day of March, 2008 by way of ECF filing.

/s/ Edward C. Roy, Esquire