UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CRIMINAL CASES**:

| | |
|---|---|
| CR 05-078-01ML | USA v. James Farrell - **MJ Martin** **(Felon in possession of a firearm)** |
| CR 06-105-01ML | USA v. Roberto Cruz - **MJ Martin** **(Felon in possession of a firearm)** |
| CR 07-131-01ML | USA v. Thomas Thomsen - **MJ Almond** **(Mail Order Drug Paraphernalia)** |
| CR 08-041-01ML | USA v. Juan Lopez Acevedo **MJ Martin** **(Conspiracy to Distribute Heroin)** |
| CR 08-045-01ML | USA v. Dolores Rodriguez LaFlamme - **MJ Martin** **(Conspiracy to produce ID Documents)** |

TRIAL NOTICE

You are hereby notified that the above-captioned cases are on the **July, 2008** trial calendar.

Counsel must be present for impanelment of the jury on **Thursday, July 10, 2008, at 9:30 a.m.** before U.S. Magistrate Judge Lincoln D. Almond, Magistrate Judge David L. Martin or Magistrate Judge Robert w. Lovegreen. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases.

**Any pre-trial memoranda not previously filed must be filed on or before June 26, 2008.**

Counsel are reminded that all exhibits should be pre-marked as stated in the Pre Trial Order and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel

are to give the courtroom deputy at least 24 hours notice of what they need.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for impanelment. Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled impanelment date. Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

*****All counsel must file a complete copy of their voir dire questions and in civil case, counsel will also file a brief statement of the facts. These documents are to be filed in the clerk's office no later than July 3, 2008.**

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
~~April~~ June 11, 2008