IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-078ML |
| | : | |
| JAMES H. FARRELL | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, and submits that it has no objection to Defendant's Motion to Continue the trial calendar call of this matter until October of 2008.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN

GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov

CERTIFICATION OF SERVICE

On this 16th day of July, 2008, I caused the within Government's Response to Defendant's Motion to Continue to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esquire
10 Weybosset Street
Suite 300
Providence, RI 02903

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov