UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 05-078 ML

JAMES FARRELL :

# MOTION TO CONTINUE TRIAL

The defendant, James Farrell moves for a continuance of the trial in this matter, from the court's calendar of October of 2008 to the court's calendar for November of 2008. Defense counsel is leaving the federal public defender's office as of October 17, 2008 and will be continuing to represent Mr. Farrell. Due to the time necessary for this transition, a brief continuance has been requested by the defendant. In addition, Mr. Farrell brought a fact issue for defense counsel to investigate. The government has no objection to the requested continuance.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by this request outweigh the interests of the government in a public trial such that the motion should be granted.

JAMES FARRELL,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Stephanie Browne, AUSA on the 11th day of September, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire